UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHEMIAH T. LAWSON,<br><br>Defendant. | No. 2:23-po-00118-DB<br><br><br>REFUND ORDER |

On June 13, 2023, the government moved to dismiss the citation CA95/E1270544 without prejudice and this motion was granted by the court. For reasons unknown by the court, on June 14, 2023, the defendant paid $280.00 to the Central Violations Bureau.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $280.00 due to overpayment.

IT IS SO ORDERED.

DATED: June 14, 2023              /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

1