UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHEMIAH T. LAWSON,<br><br>　　　　Defendant. | No.  2:23-po-00118-DB<br><br><u>AMENDED REFUND ORDER</u> |

　　　On June 13, 2023, the government moved to dismiss the citation CA95/E1270554 without prejudice and this motion was granted by the court.  For reasons unknown by the court, on June 14, 2023, the defendant paid $280.00 to the Central Violations Bureau.

　　　Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $280.00 due to overpayment.

　　　IT IS SO ORDERED.

Dated:  June 26, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1